**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

---

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

JUN 15 2011

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES OF AMERICA

v.

ALYSON HARMON,
                   **Defendant.**

**INDICTMENT**
**03:11-CR-285**
**(TJM)**

[ 29 USC 501(c)   ( One Count)
**Embezzlement of Union Funds by**
**Employee of Labor Union]**

---

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT 1**</u>

Between in or about July 2006, and in or about June 2008, in the Northern District of New

York, the defendant,

**ALYSON HARMON,**

being an employee of Local Union 281 of United Brotherhood of Carpenters and Joiners of

America, located at 23 Market Street, Binghamton, New York, a labor organization engaged in

an industry affecting interstate commerce, did willfully embezzle and steal the moneys and

assets of said labor organization in the approximate amount of $20,481.57.

In violation of Title 29, United States Code, Section 501(c).

**A TRUE BILL**

Dated: June 15, 2011
    Binghamton, New York

*Patricia Cahill-Quignahan*
**FOREPERSON OF THE GRAND JURY**

**RICHARD S. HARTUNIAN**
**UNITED STATES ATTORNEY**

By:    **Thomas P. Walsh**
       **Assistant U.S. Attorney**
       **Bar Roll No. 102777**